# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANDRE L. PAUL,**

    **Plaintiff,**

v.                                   CASE NO. 4:12-cv-305-RS-CAS

**WELLS FARGO BANK, N.A., et al.,**

    **Defendants.**

_____/

## **ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Second Amended Complaint (Doc. 13) is **DISMISSED** for failure to comply with court orders, failure to state a claim upon which relief may be granted, failure to demonstrate subject matter jurisdiction, and because Plaintiff's claim to overturn a foreclosure is barred by the *Rooker-Feldman* doctrine.

3. The clerk is directed to close the file.

**ORDERED** on December 20, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**